# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Esteban Rios Sanchez,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>The State of Nevada, *et al.*,<br><br>　　　　　　Defendant(s). | 2:24-cv-00107-RFB-MDC<br><br>**Report and Recommendation** |

Pro se plaintiff Esteban Rios Sanchez filed an application to proceed *in forma pauperis* (ECF No. 1). The Court denied plaintiff's IFP and ordered him to file a new IFP by March 4, 2024. The deadline has passed, and plaintiff has not submitted a new IFP application nor paid the filing fee. The Court also ordered plaintiff to file a notice to indicate whether he wished to pursue his § 1983 civil rights complaint (ECF No. 1-1) or strike the complaint and pursue his habeas petition in this case. Plaintiff failed to timely file his notice. The Court warned plaintiff that failing to comply with the order may result in recommendation that his case be dismissed.

ACCORDINGLY,

The Court RECOMMENDS that this action be DISMISSED without prejudice.

## **NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order

and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**

DATED this 15th day of March 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge