UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ESTEBAN RIOS SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendants. | Case No. 2:24-cv-00107-RFB-MDC<br><br>**ORDER** |

     Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge, entered on March 15, 2024. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by March 29, 2024. No objections have been filed. The Court has reviewed the record in this case and concurs with all of the Magistrate Judge's recommendations.

///

///

1
2      **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 4) is ACCEPTED and ADOPTED in full.
3
       **IT IS FURTHER ORDERED** that this case be **DISMISSED** without prejudice.
4
       The Clerk of Court is instructed to close this matter accordingly.
5
6
       **DATED:** April 15, 2024
7
8                                                              _____
                                                               **RICHARD F. BOULWARE, II**
9                                                              **UNITED STATES DISTRICT JUDGE**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28